

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00190-CV

John M. **DONOHUE**,
Appellant

v.

**CITY OF BOERNE CHIEF OF POLICE JAMES KOEHLER**, Officer Pablo Morales, and
Martha L. Donohue,
Appellees

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-003-CCL and 15-003-CCL-A
Honorable William R. Palmer Jr., Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment granting Chief Koehler and Officer Morales's plea to the jurisdiction is affirmed. The trial court's judgment granting Martha Donohue's plea to the jurisdiction is reversed and remanded.

SIGNED March 8, 2017.

_____
Irene Rios, Justice